JAMES RIKER et al., Respondents, *v.* ELIZA J. MOADINGER et al., Respondents, and CHARLES F. MOADINGER, as Receiver, Appellant.

*Riker* v. *Moadinger*, 129 App. Div. 906, affirmed.
(Submitted May 12, 1910; decided May 31, 1910.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered December 11, 1908, which modified and affirmed as modified

a judgment of Special Term settling the accounts of the receiver in an action of partition.

*Alexander S. Bacon* for appellant.

*Charles S. Noyes, Henry R. Noyes, Clarence E. Mundy* and *Edward J. Fandrey* for respondents.

Order affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., HAIGHT, WERNER, WILLARD BARTLETT, HISCOCK and CHASE, JJ.